THE PEOPLE *ex rel.* GEORGE FOX, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58040;

First District (5th Division)—November 2, 1973.

PER CURIAM.
DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Alan David Eckstein, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERMAN JACKSON, Defendant-Appellant.

(No. 58250;

First District (5th Division)—November 2, 1973.

*Rehearing denied December 4, 1973.*